U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV - 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES ELLARD | * | C.A. NO: 06-CV-1342 |
| | * | |
| VERSUS | * | JUDGE DEE D. DRELL |
| | * | |
| C&G BOATS, INC. | * | MAGISTRATE JAMES D. KIRK |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

CONSIDERING THE FOREGOING MOTION:

IT IS HEREBY ORDERED that the Complaint of Intervention of The Gray Insurance Company and Danos & Curole Marine Contractors, L.L.C. be filed in the above captioned proceeding as prayed for and according to law.

~~Lafayette, Louisiana~~ this ____ day of November, 2007.

Alexandria, LA

HONORABLE DEE D. DRELL

JAMES D. KIRK
United States Magistrate Judge